IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CR** 06 95 S |
| | ) | |
| v. | ) | CR:__________ |
| | ) | In violation of 21 U.S.C.§§ |
| | ) | 841(a)(1) & (b)(1)(A) |
| JOSE MOJICA, a/k/a "Chuckie" | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 8, 2006, in the District of Rhode Island, the defendant, JOSE MOJICA, a/k/a "Chuckie," did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A).

A TRUE BILL:

**REDACTED**

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: September 13, 2006