**IN THE DISTRICT COURT FOR THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 06-095S |
| | ) | |
| JOSE MOJICA | ) | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 31

   Criminal History Category IV

   151 to 188 months imprisonment

   5 years supervised release

   $ 15,000 to $ 4,000,000 fine.

3. Defendant was sentenced on January 5, 2007 to 151 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

   Total Offense Level 29

   Criminal History Category IV

121 to 151 months imprisonment

5 years supervised release

$ 15,000 to $ 4,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the following: the defendant has not had any incident reports during his incarceration.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 121 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 128 S.Ct. 558 (2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

KEVIN FITZGERALD
Counsel for Defendant

4-30-8
Date

SANDRA R. BECKNER
Assistant U.S. Attorney

4-30-08
Date