AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
**JOSE MOJICA**

Case No: 06-95S
USM No: 05786-070

Date of Previous Judgment: 1/11/07
(Use Date of Last Amended Judgment if Applicable)

Kevin Fitzgerald, Esq.
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months **is reduced to** 121 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 1/11/07 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/12/08

Judge's signature

Effective Date: ____________
(if different from order date)

William E. Smith, United States District Judge
Printed name and title